UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 11-20540
                                                    Hon. Matthew Leitman

v

D-1, TAUSIF RAHMAN,

    Defendants.

_____

## ORDER GRANTING AN ADDITIONAL FINAL EXTENSION OF TIME UNTIL JULY 23, 2017 TO DEFENDANT TAUSIF RAHMAN TO REPORT TO BEGIN SERVING HIS INCARCERATION

Upon the reading and filing of the attached stipulation, and this Court being otherwise fully advised in the underlying premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Defendant Tausif Rahman shall have an additional extension of time until July 23, 2017 to report to begin serving his sentence of incarceration which was imposed on August 1, 2016, all for the reasons set forth in the accompanying stipulation.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 16, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(313) 234-5113
