UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                               Case No. 11-20540
                                         Hon. Matthew F. Leitman

v

D1, TAUSIF RAHMAN,

    Defendant.

_____

## ORDER GRANTING AN ADDITIONAL EXTENSION OF TIME UNTIL AUGUST 23, 2017 FOR DEFENDANT TAUSIF RAHMAN TO REPORT TO BEGIN SERVING HIS INCARCERATION

Upon the reading and filing of the attached stipulation, and this Court being otherwise fully advised in the underlying premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Defendant Tausif Rahman shall have an additional extension of time until August 23, 2017 to report to begin serving his sentence of incarceration which was imposed on August 1, 2016, all for the reasons set forth in the accompanying stipulation and in prior stipulations filed in this matter.

                                               /s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: July 18, 2017

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 18, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
