UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                Case No. 11-20540
                                                    Hon. Matthew F. Leitman

vs.

D-1, TAUSIF RAHMAN,

      Defendant.
_____/

## AMENDMENT TO PRELIMINARY ORDER
## OF FORFEITURE AS TO DEFENDANT TAUSIF RAHMAN

On March 9, 2016, the Court entered a Preliminary Order of Forfeiture against Defendant Tausif Rahman (Docket No. 580). The government filed an application requesting that this Preliminary Order of Forfeiture be amended for the sole purpose of removing the forfeiture of the following property:

> **Real Property located at 1382 Liberty St, Canton, Wayne County, Michigan 48187,** and being more fully described as**:**
>
> **Lot 235, CENTRAL PARK ESTATE SUBDIVISION NO. 2, according to the Plat thereof as recorded in Liber 117 of Plats, Page(s) 69 through 95, Wayne County Records**
>
> **PARCEL ID: 71-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-000**
>
> **TITLED TO: Tausif Rahman, a married man.**

(hereinafter the "Subject Property").

Accordingly, this Court now makes the following Order:

1

PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 32.2(c)(2), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the Preliminary Order of Forfeiture entered in the above captioned action on March 9, 2016 against Defendant Tausif Rahman (Docket No. 580) is hereby amended for the sole purpose of removing the forfeiture of the Subject Property.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 4, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 4, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764