UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case No. 11-20540
                                                      Hon. Matthew F. Leitman

v

TAUSIF RAHMAN, et al.,

    Defendants.

_____

## ORDER GRANTING AN ADDITIONAL EXTENSION OF TIME UNTIL SEPTEMBER 22, 2017 FOR DEFENDANT TAUSIF RAHMAN TO REPORT TO BEGIN SERVING HIS INCARCERATION

Upon the reading and filing of the attached stipulation, and this Court being advised that both The United States of America and Defendant Tausif Rahman are requesting this 30 day extension, and this Court being otherwise fully advised in the underlying premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Defendant Tausif Rahman shall have an additional extension of time until September 22, 2017 to report to begin serving his sentence of incarceration which was imposed on August 1, 2016.

                                               /s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: August 17, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2017, by electronic means and/or ordinary mail.

                                                   s/Holly A. Monda
                                                   Case Manager
                                                   (810) 341-9764