UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 11-20540
                                              Hon. Matthew F. Leitman

v.

D1, TAUSIF RAHMAN,

    Defendant.

---

## ORDER GRANTING AN ADDITIONAL EXTENSION OF TIME UNTIL NOVEMBER 6, 2017 FOR DEFENDANT TAUSIF RAHMAN TO REPORT TO BEGIN SERVING HIS INCARCERATION

Upon the reading and filing of the attached stipulation, and this Court being advised in the underlying premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Defendant Tausif Rahman shall have an additional extension of time until November 6, 2017 to report to begin serving his sentence of incarceration.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: October 20, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 20, 2017, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764