UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 11-cr-20540-1
    Hon. Matthew F. Leitman

D1, TAUSIF RAHMAN,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 714)

Defendant Tausif Rahman is a federal prisoner incarcerated at FCI Butner. In August 2016, this Court sentenced Rahman to 60 months in custody in connection with his convictions for health care fraud conspiracy and money laundering. (*See* Judgment, ECF No. 613, PageID.7945.)

On December 16, 2020, Rahman filed a motion for compassionate release. (*See* Mot., ECF No. 714.) The Court thereafter appointed Rahman counsel (*see* Order, ECF No. 720), and counsel filed supplemental briefs on Rahman's behalf. (*See* Rahman Supp. Br., ECF No. 723; Rahman Reply Br., ECF No. 729.) The Court held a video hearing on Rahman's motion on March 15, 2021. (*See* Notice of Hearing, ECF No. 728.) For the reasons stated on the record during the motion hearing, Rahman's motion is **GRANTED**.

The custodial portion of Rahman's sentence is reduced to time served. He shall immediately be released from custody. Upon his release, Rahman shall travel directly to his home. Rahman and all others travelling with him shall wear face masks during travel. For the first 14 days after Rahman arrives at his home, he shall remain in his house, and he shall not leave the house for any reason other than to receive medical care. And for the same 14-day period, he shall quarantine within the house – meaning he shall remain in a room that is separate and apart from all other residents of the house to the extent possible. And when, during the 14-day quarantine period, it is unavoidable for Rahman to be in a separate room, he shall wear a face mask. Finally, Rahman shall contact his supervising probation officer within 48 hours after he first arrives at home.

Also, upon Rahman's release from custody, he shall immediately begin serving the two years of supervised release that the Court imposed in Rahman's Judgment. (*See* Judgment, ECF No. 613, PageID.7946.) The Court adds as a condition of that supervised release that Rahman shall be subject to home confinement (without electronic monitoring) at his residence for a period of 90 days. During this period of home confinement, Rahman shall not leave his residence other than for employment or to look for employment, religious services, educational programming, medical appointments, substance abuse and/or mental health treatment programs, appointments with counsel, and/or other activities approved in

2

advance by his supervising probation officer. (As describe above, Rahman may not leave his residence at all during the initial 14-day quarantine period, except to receive medical care.) In all other respects, Rahman's original sentence remains unchanged.

       **IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: March 15, 2021

       I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 15, 2021, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9761